**DUNCAN et al. v. RATCLIFF.**

No. 6811—Opinion Filed Dec. 26, 1916.

(161 Pac. 1174.)

Error from District Court, Alfalfa County; James W. Steen, Judge.

Action between Hank Duncan and others and Lillian Ratcliff. There was a judgment for the latter, and the former bring error. Dismissed.

W. Wilder, for plaintiffs in error.

Titus & Talbot, for defendant in error.

PER CURIAM. From the motion to dismiss filed herein by defendant in error, attached to which is the affidavit of the clerk of the district court, it appears that the judgment from which this appeal is prosecuted has been fully satisfied and discharged. Hence the questions presented here have ceased to exist and have become moot.

The appeal is therefore dismissed.